August 19.2013
Sonia C. Mena – Centeno
265 Park Street Apt. 2
Dorchester, MA 02124
Tel. (617) 506-1122

*(handwritten):* V BETH ISRAL HOSPITAL MEDICAL CENTER 330 Brookline Ave Boston, MA 02215

The United States District Court
For The District of Massachusetts
The John Joseph Moakley
U.S. Court House.
1 Courthouse Way
Suite 2300
Boston, MA 02210
Clerk of Court Office at (617) 748-9152
EEOC Charge No. 16C-2010-01946

## My Complaint about Beth Israel Deaconess Center

I was hard working nurse at Beth Hospital for over 17 years with no written warnings or write-ups. Out of nowhere a few nurses started complaining to the nurse manager Gina Murphy about my job performance; I didn't understand why they were doing this. They would always give me difficult patients to take care of. There were plenty of times that I would complain to Nurse Manager about the heavy / difficult patients given to me while other nurses had lighter assignments. I felt like there was favoritism and no organization on the floor. She listened to me and addressed my concerns a few times, but then it would go back to the same old routine. I complained over and over again but she stopped listening. I complained over and over again but she stopped listening. I felt like they wanted me to work harder than them so they didn't have to do the dirty work.

Also I felt that they were making me do things that were not part of my position; like translating for patients, Spanish to English. I am a certificated medical translator but they were not paying me for it. Sometimes I couldn't do it because I was too busy with other patients, when this occurred they would get angry with me. Then they would report me to the manager. Nurses would even get the housekeepers to translate for them, and they didn't know medical terms in Spanish, so they could have misinterpreted things.

On December 17, 2009, they sent to me to human resources with no written warnings or write-ups to ask me why I wasn't doing my job. I explained that I was lifting patients with more than 200 pounds and I was told I was supposed to lift less. Sometimes patients were too heavy, I needed help and no one would be available for my needs. But when anyone else needed a hand, I would come quickly. I even told them my back was hurting from lifting heavy patients, my medical doctor said no lifting more than 25 pounds. This including OBYN or Orthopedics patients because they were too heavy for my back. Then they told me to go to their Disability office. I went, and they started the paper work for disability. They told me to stay home until I got better and do start treatment at my clinic, Harvard pilgrim on Brookline Ave in Kenmore.

When I went to the doctors I did a MIR and there they found a small mass in my spine. I did physical therapy for a few months. They did not want to put any injection on my back because of the mass. The Doctor gave me pills to get better but the medication did not help much. He said not to do any lifting more than 25 pounds, not to walk too much or not to sit for long periods of time. After that the Doctor said I was fine to go back to work but, I was still in pain.

Beth Israel told me there weren't any light positions, but there were many. The nurse manager Gina Murphy called me and told me to come back to work. I told her that I was still in pain and was not able to go back to work. Then she told me she was going to give my position away and that if I tried to get another job somewhere else she was not going to give me good recommendation. I believed I was being discriminated because of my age and my illness. Harvard Pilgrim in Kenmore was involved in this situation, they knew I was still in pain and still said I could work. I witnessed when a worker who was going to school with no degree was injecting patients, which surprised me so I told Philip West, about this issue. Understanding that something was done about this, I then learned that this student graduated and it took her 7 times to pass her nursing test. This meaning she failed 6 times and now she is working at Brigham and Woman's Hospital. Many things were going on like people receiving large checks close to their retirement period so that they would leave early. Many people got laid off and plenty got fired for small problems when other with bigger mess-ups stayed.

Overtime I became depressed because I worked hard at Beth Israel Hospital for 17 years and then they did this to me. I never wanted to lose my job because I have mortgage/bills to pay and four kids who are young in College. Disability only paid me for 3 months and then stopped. Then I didn't have any income for 9 months. Also I lost Money in $42K from my Pension Plan and 41K because I took my funds out early. My family life insurance and health insurance were also cancelled because I couldn't afford to pay them. I became behind on all my bills. My children had to pay all the bills and buy my medications. Throughout all of this process my mother had been getting sicker in Honduras, located in Central America. I could not help her as much as I would of like to but some of her costs were being covered luckily by her retirement pension.

PS: I am now getting help from SSD every month because of my depression, not for my back pain.

Sincerely,

*Sonia. C. Mena-Centeno*

Sonia C. Mena Centeno.

265, pARK ST APT 2
DorchesTER, MA. 02124
(617) 506 1122